# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0227

_____

CHERYL RAMSEY,

    Appellant,

    v.

CITY OF GAINESVILLE, a political
subdivision of the State of
Florida,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

May 12, 2026

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lydia S. Zbrzeznj of Southern Atlantic Law Group, PLLC, Winter Haven, for Appellant.

Daniel A. Weisman, Senior Assistant City Attorney for the City of Gainesville, Office of the City Attorney, Gainesville, for Appellee.